**FILED**
**MARCH 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

ARCHITECTURAL IRON WORKERS' LOCAL NO. 63, et al.
                    v.
WINDY CITY IRON WORKS, INC.

**08 C 1440**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**J. N.   JUDGE CONLON**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
| --- |
| FRANK A. MARCO |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Frank A. Marco |

| FIRM |
| --- |
| GREGORIO & ASSOCIATES |

| STREET ADDRESS |
| --- |
| 2 N. LASALLE ST., SUITE 1650 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06205057 | (312) 263-2343 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |