**FILED**
**MARCH 11, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

ARCHITECTURAL IRON WORKERS' LOCAL NO. 63, et al.
v.
WINDY CITY IRON WORKS, INC.

**08 C 1440**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**J. N.  JUDGE CONLON**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| **NAME** (Type or print) <br> MICHAEL J. MCGUIRE | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> /s/ Michael J. McGuire | |
| **FIRM** <br> GREGORIO & ASSOCIATES | |
| **STREET ADDRESS** <br> 2 N. LASALLE ST., SUITE 1650 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290180 | **TELEPHONE NUMBER** <br> (312) 263-2343 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐