## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1440     Assigned/Issued By: J.N.

Judge Name: CONLON     Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other ____
              [ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350           Receipt #: 2604563
Date Payment Rec'd: 3-11-08    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
[ ] Citation to Discover Assets              *(Victim, Against and $ Amount)*
[ ] Writ _____                [ ] Other
    *(Type of Writ)*                         _____
                                             *(Type of issuance)*

1  Original and  0  copies on  3-11-08  as to  DEFENDANT
                              *(Date)*