## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1440 | **DATE** | 3/17/2008 |
| **CASE TITLE** | ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ET AL vs. WINDY CITY IRON WORKS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing set on April 15, 2008 at 9:00 a.m. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the court's action herein and to forward a copy of the court's procedure guidelines to defendant(s). The standing order on case management procedures is available on the court's website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|