# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1440 | **DATE** | 4/15/2008 |
| **CASE TITLE** | ARCHITECTURAL IRON WORKERS' LOCAL 63 WELFARE FUND, ET AL vs. WINDY CITY IRON WORKS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. A technical default is entered against defendant.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|