IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' UNION LOCAL NO. 63 WELFARE PLAN, et.al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Judge Conlon Case No.: 08 C 1440 |
| WINDY CITY IRON WORKS, INC. | ) ) ) ) | |
| Defendant. | ) | |

## *Notice of Motion*

To    Mr. Vladimir Nahalka, Registered Agent
        Windy City Iron Works, Inc.
        1334 N. Kostner
        Chicago, IL 60651

    PLEASE TAKE NOTICE that on August 6, 2008, I shall appear before the Honorable Judge Conlon at approximately **9:00 a.m.,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Default Judgment.

                                              By: /s/Frank A. Marco
                                              FRANK A. MARCO

Frank A. Marco
Gregorio and Associates
Attorneys for the Plaintiffs
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Default Judgment by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addresses to the person to who said Notice is directed on the 17th day of July 2008.

Mr. Vladimir Nahalka, Registered Agent
Windy City Iron Works, Inc.
1334 N. Kostner
Chicago, IL 60651

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By:_____