# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1440 | **DATE** | 08/06/08 |
| **CASE TITLE** | ARCHITECTURAL IRON WORKERS' UNION LOCAL NO. 63 WELFARE PLAN, ET AL vs. WINDY CITY IRON WORKS, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for judgment by default [9] is granted. Judgment is entered for plaintiffs Architectural Iron Workers' Union Local No. 63 Welfare Plan, et al and against defendants Windy City Iron Works, Inc. in the amount of $12,210.52.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|